UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LYDAY, THOMAS H. | ) | CASE NO. 06 B 10557 |
| LYDAY, MAXINE A. | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

Social Security/Employer Tax ID Number:     XXX-XX-0862
                                                                                               XXX-XX-1328

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:     U.S. BANKRUPTCY COURT, 219 S. DEARBORN, COURTROOM 619, CHICAGO, IL

    On: **December 19, 2007**            Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $50,471.09 |
    | Disbursements | $47.85 |
    | Net Cash Available for Distribution | $50,423.24 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Phillip D. Levey<br>Trustee | $0.00 | $1,305.43 | $36.03 |
    | Phillip D. Levey<br>Attorney For Trustee | $0.00 | $4,165.00 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows:
None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $44,916.78 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.[1] Based on the aforesaid distributions, it appears that this is a surplus estate. Further, said surplus will be paid to the debtor(s) in the approximate amount of $44,916.78.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Charter One | $0.00 | $0.00 |
| 2 | Discover Bank/Discover Financial | $0.00 | $0.00 |
| 3 | World Financial Network National Bank | $0.00 | $0.00 |
| 4 | eCAST Settlement Corporation | $0.00 | $0.00 |
| 6 | LVNV Funding LLC | $0.00 | $0.00 |
| 8 | Bank Of America, N.A. | $0.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| 175 Washington Blvd., Hoffman Estates, IL | $238,000.00 |
| Checking Account | $0.00 |
| Household Furnishings | $1,000.00 |
| Books, Pictures | $250.00 |
| Wearing Apparel | $1,000.00 |
| Costume Jewelry | $200.00 |
| Term Life Insurance | $0.00 |
| 401(k) | $600.00 |
| 2001 Pontiac Sunfire | $3,000.00 |
| 2003 Chevrolet Tracker | $5,580.00 |

---

[1] All of the funds in this estate came from the settlement of a fraudulent conveyance claim arising out of a pre-petition transfer of real estate owned by Thomas H. Lyday to his mother, Rosemary Lyday. All of the claims filed in the case are for debts for which Maxine A. Lyday is solely liable. In other words, Thomas H. Lyday is not liable on any of the claims which have been filed to date in this case. As a result, no distribution will be made on any of said claims and all monies in this estate will be paid to Thomas H. Lyday less costs of administration.

Dated: **November 26, 2007**                                    For the Court,

                                                  By:   **KENNETH S. GARDNER**
                                                        Kenneth S. Gardner
                                                        Clerk of the U.S. Bankruptcy Court
                                                        219 S. Dearborn Street; 7th Floor
                                                        Chicago, IL 60604

Trustee:        Phillip D. Levey
Address:        2722 North Racine Avenue
                    Chicago, IL  60614
Phone No.:      (773) 348-9682

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

0557   Doc 45   Filed 11/26/07   Entered 11/29/07 00:37:02   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7                  Page 1 of 1                  Date Rcvd: Nov 26, 2007
Case: 06-10557                    Form ID: pdf002              Total Served: 27

The following entities were served by first class mail on Nov 28, 2007.
db          +Thomas H. Lyday,   175 Washington Blvd.,   Schaumburg, IL 60169-3075
jdb         +Maxine A. Lyday,   175 Washington Boulevard,   Schaumburg, IL 60169-3075
aty         +Joseph P Doyle,   Law Office of Joseph P Doyle,   105 S Roselle Road,   Suite 203,
              Schaumburg, IL 60193-1631
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
10885041    +American General Financial Services,   3832 W. 95th Street,   Evergreen Park, IL 60805
10885042    +Bank Of America, N.A.,   Attn: Mr. M-BK,   P.O. Box 53160,   Phoenix, AZ 85072-3160
10885043    +Bk Of Amer,   Po Box 45144,   Jacksonville, FL 32232-5144
10885044    +Certified Services Inc,   1733 Washington St Ste 2,   Waukegan, IL 60085-5192
10899932    +Charter One,   480 Jefferson Blvd RJE135,   Warwick RI 02886-1359
10885045     Comcast,   2508 W. Route 120,   Mchenry, IL 60051-4712
10885047     HSBC Retail Services,   P. O. Box 5244,   Carol Stream, IL 60197-5244
10885048     Hunter Warfield,   3111 W Martin Luther Kin,   Tampa, FL 33607
10885049    +Mbna America,   Pob 17054,   Wilmington, DE 19884-0001
10885050    +Merchants Cr,   223 W Jackson St,   Chicago, IL 60606-6993
10885051    +New Century Mortgage C,   18400 Von Karman Ave Ste,   Irvine, CA 92612-1514
10885052    +Statefrm,   One State Farm Plaza,   Bloomington, IL 61710-0001
10885053     The CBE Group, Inc.,   Box 3251,   Milwaukee, WI 53201-3251
10885056     WFNNB - Dress Barn,   P. O. Box 659704,   San Antonio, TX 78265-9704
10885054    +Wash Mutual/Providian,   4900 Johnson Dr,   Pleasanton, CA 94588-3308
10885055     Wells Fargo Financial,   1115 North Salem Drive,   Schaumburg, IL 60194-1332
10885057    +Wilshire Credit Corp,   1776 Sw Madison St,   Portland, OR 97205-1715
11166978    +Wilshire Credit Corporation,   PO Box 1650,   Portland, OR 97207-1650
11048942    +World Financial Network National Bank,   Dress Barn,   c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,   Seattle, WA 98121-2339
11102203     eCAST Settlement Corporation,   Assignee of Household Bank,   P.O. Box 7247-6971,
              Philadelphia, PA 19170-6971

The following entities were served by electronic transmission on Nov 27, 2007.
10885042    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 27 2007 03:54:47
              Bank Of America, N.A.,   Attn: Mr. M-BK,   P.O. Box 53160,   Phoenix, AZ 85072-3160
10885046     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 27 2007 04:31:24     Discover Fin Svs Llc,
              Po Box 15316,   Wilmington, DE 19850
11042543    +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 27 2007 04:31:24
              Discover Bank/Discover Financial Services,   PO Box 3025,   New Albany OH 43054-3025
11194749     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Washington Mutual Finance,    LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
10885049    +E-mail/PDF: bankofamerica2ebn@americaninfosource.com Nov 27 2007 03:54:32    Mbna America,
              Pob 17054,   Wilmington, DE 19884-0001
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 28, 2007**            **Signature:** _Joseph Speetjens_