IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| LYDAY, THOMAS H. & MAXINE A. | ) | CASE NO. 06 B 10557 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 3-15-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

06-10557:40.1:Application for Compensation:Proposed Order Entered: 11/16/2007 2:29:03 PM by:Phillip Levey Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| IN RE: | ) | CHAPTER 7 |
|---|---|---|
| LYDAY, THOMAS H. | ) | |
| LYDAY, MAXINE A. | ) | CASE NO. 06 B 10557 |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,305.43 |
| 2. | Trustee's expenses | $36.03 |
| | TOTAL | $1,341.46 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Chapter 7 Compensation — $4,165.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

2. Accountant for the Trustee
   a. Chapter 7 Compensation — $0.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

3. Other professionals
   a. Chapter 7 Compensation — $0.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 12/19/07

ENTER:

J.Cox            *Jacqueline P. Cox*
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| LYDAY, THOMAS H. | ) | CASE NO. 06 B 10557 |
| LYDAY, MAXINE A. | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $5,506.46 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(10)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00[2] |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $44,996.38 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $50,502.84 |

---

[2] All of the funds in this estate came from the settlement of a fraudulent conveyance claim arising out of a pre-petition transfer of real estate owned by Thomas H. Lyday to his mother, Rosemary Lyday. All of the claims filed in the case are for debts for which Maxine A. Lyday is solely liable. In other words, Thomas H. Lyday is not liable on any of the claims which have been filed to date in this case. As a result, no distribution will be made on any of said claims and all monies in this estate will be paid to Thomas H. Lyday less costs of administration.

EXHIBIT D

# FINAL DISTRIBUTION

Case Number: 06-10557    JPC  
Debtor Name: LYDAY, THOMAS H. \ LYDAY, MAXINE A.

Page 1    Date: December 20, 2007

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $50,502.84 |
| | **Claim Type -** | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $1,305.43 *<br>$1,305.43 | $0.00 | $1,305.43 | $1,305.43 | $49,197.41 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $36.03 *<br>$36.03 | $0.00 | $36.03 | $36.03 | $49,161.38 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type | | | $1,341.46 *<br>$1,341.46 | $0.00 | $1,341.46 | $1,341.46 | |
| | **Claim Type 3110-00 - Attorney for Trustee Fees** | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $4,165.00 *<br>$4,165.00 | $0.00 | $4,165.00 | $4,165.00 | $44,996.38 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type 3110-00 | | | $4,165.00 *<br>$4,165.00 | $0.00 | $4,165.00 | $4,165.00 | |
| | Subtotals For Class Administrative 100.00000 % | | | $5,506.46 *<br>$5,506.46 | $0.00 | $5,506.46 | $5,506.46 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Charter One<br>480 Jefferson Blvd RJE135<br>Warwick RI 02886 | Unsec | 070 | $36,339.33 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $44,996.38 |
| 000002 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Unsec | 070 | $7,219.86 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $44,996.38 |
| 000003 | World Financial Network National Bank<br>Dress Barn<br>c/o Weinstein & Riley, P.S.<br>2101 Fourth Ave., Suite 900<br>Seattle, WA, 98121 | Unsec | 070 | $640.14 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $44,996.38 |
| 000004 | eCAST Settlement Corporation<br>Assignee of Household Bank<br>P.O. Box 7247-6971<br>Philadelphia, PA 19170-6971 | Unsec | 070 | $2,315.82 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $44,996.38 |

PROPDIS8    Printed: 12/20/07 04:20 PM    Ver: 12.61a

| Case Number: 06-10557   JPC | | | Page 2 | | | | Date: December 20, 2007 |

Debtor Name: LYDAY, THOMAS H. \ LYDAY, MAXINE A.

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | | |
| 000006 | LVNV Funding LLC its successors and assigns as assignee of Washington Mutual Finance LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsec | 070 | $12,263.44 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $44,996.38 |
| | Subtotal For Claim Type 7100-00 | | | $58,778.59 *<br>$0.00 | $0.00 | $0.00 | $0.00 | |
| **Claim Type 7200-00 - Tardy General Unsecured** | | | | | | | | |
| 000007 | Bank Of America, N.A.<br>Attn: Mr. M-BK<br>P.O. Box 53160<br>Phoenix, AZ 85072 | Unsec | 080 | $3,218.19 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $44,996.38 |
| 000008 | Bank Of America, N.A.<br>Attn: Mr. M-BK<br>P.O. Box 53160<br>Phoenix, AZ 85072 | Unsec | 080 | $12,012.87 *<br>$0.00 | $0.00 | $0.00 | $0.00 | $44,996.38 |
| | Subtotal For Claim Type 7200-00 | | | $15,231.06 *<br>$0.00 | $0.00 | $0.00 | $0.00 | |
| **Claim Type 8200-00 - Surplus Funds Paid to Debtor** | | | | | | | | |
| | LYDAY, THOMAS H.<br>175 WASHINGTON BLVD.<br>SCHAUMBURG, IL 60194 | Unsec | 999<br>Percent Paid: 100.00000 % | $0.00 *<br>$44,996.38 | $0.00 | $44,996.38 | $44,996.38 | $0.00 |
| | Subtotal For Claim Type 8200-00 | | | $0.00 *<br>$44,996.38 | $0.00 | $44,996.38 | $44,996.38 | |
| Subtotals For Class Unsecured | | 100.00000 % | | $74,009.65 *<br>$44,996.38 | $0.00 | $44,996.38 | $44,996.38 | |

PROPDIS8                                           Printed: 12/20/07 04:20 PM    Ver: 12.61a

Case Number: 06-10557    JPC
Page  3
Date: December 20, 2007
Debtor Name: LYDAY, THOMAS H. \ LYDAY, MAXINE A.

| Claim # | Payee Name | Class | Priority | Amt Claimed * Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $79,516.11 $50,502.84 | $0.00 | $50,502.84 | $50,502.84 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims. and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 06-10557 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | LYDAY, THOMAS H. | | Bank Name: | BANK OF AMERICA |
| | LYDAY, MAXINE A. | | Account Number / CD #: | *******2106 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******7677 | | | |
| For Period Ending: | 03/15/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/07 | 11 | Rosemary Lyday | SETTLEMENT | 1241-000 | 50,000.00 | | 50,000.00 |
| 03/30/07 | 12 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.84 | | 50,040.84 |
| 04/30/07 | 12 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 59.65 | | 50,100.49 |
| 05/08/07 | 000101 | International Sureties, Ltd. 203 Carondelet St.-Suite 500 New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 47.85 | 50,052.64 |
| 05/31/07 | 12 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 63.79 | | 50,116.43 |
| 06/29/07 | 12 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 61.78 | | 50,178.21 |
| 07/31/07 | 12 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 63.94 | | 50,242.15 |
| 08/31/07 | 12 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 64.01 | | 50,306.16 |
| 09/28/07 | 12 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 62.02 | | 50,368.18 |
| 10/31/07 | 12 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 55.06 | | 50,423.24 |
| 11/30/07 | 12 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 49.73 | | 50,472.97 |
| 12/19/07 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 29.87 | | 50,502.84 |
| 12/19/07 | | Transfer to Acct #*******2895 | Final Posting Transfer | 9999-000 | | 50,502.84 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 50,550.69 | 50,550.69 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 50,502.84 | |
| Subtotal | 50,550.69 | 47.85 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 50,550.69 | 47.85 | |

Page Subtotals    50,550.69    50,550.69

Ver: 12.62a

LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-10557 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | LYDAY, THOMAS H. | Bank Name: | BANK OF AMERICA |
|  | LYDAY, MAXINE A. | Account Number / CD #: | *******2895 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7677 |  |  |
| For Period Ending: | 03/15/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/19/07 |  | Transfer from Acct #*******2106 | Transfer In From MMA Account | 9999-000 | 50,502.84 |  | 50,502.84 |
| 12/29/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 |  | 1,305.43 | 49,197.41 |
| 12/29/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 |  | 36.03 | 49,161.38 |
| 12/29/07 | 000103 | Phillip D. Levey |  | 3110-000 |  | 4,165.00 | 44,996.38 |
| 12/29/07 | 000104 | LYDAY, THOMAS H.<br>175 WASHINGTON BLVD.<br>SCHAUMBURG, IL 60194 | Surplus Funds | 8200-002 |  | 44,996.38 | 0.00 |

|  | COLUMN TOTALS | 50,502.84 | 50,502.84 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 50,502.84 | 0.00 |  |
|  | Subtotal | 0.00 | 50,502.84 |  |
|  | Less: Payments to Debtors |  | 44,996.38 |  |
|  | Net | 0.00 | 5,506.46 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******2106 | 50,550.69 | 47.85 | 0.00 |
| Checking Account (Non-Interest Earn - *******2895 | 0.00 | 5,506.46 | 0.00 |
|  | 50,550.69 | 5,554.31 | 0.00 |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    50,502.84    50,502.84

LFORM24

Ver: 12.62a